# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159588

EDWARD LIGHT and RUBY LIGHT,
      Plaintiffs,

and

McKEEN & ASSOCIATES, PC,
      Appellant,

v

HENRY FORD HEALTH SYSTEM and HENRY
FORD WYANDOTTE HOSPITAL,
      Defendants-Appellees,

and

TERENCE BREDEWEG, D.P.M., SOUTHGATE
FOOT AND ANKLE CENTER, PLLC, and
DANIEL ZAHARI, D.P.M.,
      Defendants.

_____/

SC: 159588
COA: 339832
Wayne CC: 15-002183-NH

On order of the Court, the application for leave to appeal the April 2, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0122

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2020



Clerk